**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-2165**

───────────

JENNA JOHLIN-THOMPSON,

　　　　　　Plaintiff - Appellant,

　　　v.

WSFX LLC,

　　　　　　Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever III, District Judge. (7:23-cv-01600-D-BM)

───────────

Submitted: July 24, 2025　　　　　　　　　　　Decided: July 28, 2025

───────────

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

**ON BRIEF:** Lucas F. Colantonio, THE LAW OFFICES OF LUCAS F. COLANTONIO, PLLC, Morrisville, North Carolina, for Appellant. David C. Wright, III, Jazzmin M. Romero, ROBINSON, BRADSHAW & HINSON, P.A., Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jenna Johlin-Thompson appeals the district court's order granting Defendant's motion to dismiss Johlin-Thompson's amended complaint alleging religious discrimination, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error.  *See, e.g.*, *Daulatzai v. Maryland*, 97 F.4th 166, 175 (4th Cir. 2024) (holding that plaintiff "waived her challenge to the district court's dismissal of her Second Amended Complaint under [Fed. R. Civ. P.] 12(b)(6) by failing to preserve it below" or raise arguments on appeal that were specifically responsive to the district court's dispositive holdings).  Accordingly, we affirm the district court's order, which granted the motion to dismiss for the reasons identified in Defendant's brief in support of the dispositive motion.  *Johlin-Thompson v. WSFX LLC*, No. 7:23-cv-01600-D-BM (E.D.N.C. Nov. 18, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*